# EXHIBIT G

Zoom Claim Chart
U.S. Patent No. 9,948,625
Page 1 of 2

## **CLAIM CHART '625 Patent**

| CYPH's Patent No. 9,948,625 | Zoom Products Information Sources: |
|---|---|
| | <ul><li>Zoom Help Center on "Advanced Chat Encryption" (hereinafter "HC1") at https://support.zoom.us/hc/en-us/articles/207599823-Advanced-chat-encryption.</li><li>Zoom Help Center on "Encryption for meetings" (hereinafter "HC2") at https://support.zoom.us/hc/en-us/articles/201362723-Encryption-for-meetings.</li><li>Zoom Help Center on "End-to-end encryption (E2EE) for meetings" (hereinafter "HC3") at https://support.zoom.us/hc/en-us/articles/360048660871.</li><li>"Zoom Security Guide February 2021 (hereinafter "ZSG")</li><li>"E2E Encryption for Zoom Meetings" (hereinafter "E2E")</li></ul> |
| 1. A method, comprising: | Zoom Products perform a method of E2EE as further described below. *See* ZSG – "Chat encryption," 2;"End-to-end encryption," 4; HC3. |
| generating a shared symmetric key to begin a communication session among a group of users by a first user, | Zoom Products generate a shared symmetric key to begin a communication session among a group of users by a first user.<br><br>For example, Zoom meeting operates by establishing a secured communication among users who know a meeting key (MK) set by a leader (first user). *See* ZSG – "Application security" "Chat encryption" 2, "End-to-end encryption" 4; E2E 11-15. |
| distributing by the first user, the generated shared symmetric key to each user in the group of users, | Zoom Products distribute the shared symmetric key as the first user inputs, to each user in the group of users. *See* ZSG – "The Zoom Rooms app is secured with App Lock Code" 5; ZSG – "VoIP media" 6;E2E 13-14. |
| communicating within the communication session among a group of users, | Zoom Products communicate within the communication session among a group of users *See* ZSG – "End-to-end encryption" 4;E2E 11-15. |
| wherein each user encrypts a message to the group of users to be distributed through the communication session using the generated shared symmetric key, and | each user of Zoom Products encrypts a message to the group of users to be distributed through the communication session using the generated shared symmetric key, and<br><br>*See* ZSG – "Chat encryption" 2; "Zoom Rooms" 5; "VoIP media" 6; E2E 11-15. |
| each user decrypts a message received from the communication session using the generated shared symmetric key; | each user of Zoom Products decrypts a message received from the communication session using the generated shared symmetric key. *See* ZSG – "Chat encryption" 2; "Zoom Rooms " 5; "VoIP" 6;E2E 11-15. |

Zoom Claim Chart
U.S. Patent No. 9,948,625
Page 2 of 2

| wherein additional users are added to the existing communication session when the first user distributes to the additional users the generated shared symmetric key. | Additional users are added to the existing communication session when the first user distributes to the additional users the generated shared symmetric key. For example, the leader of a group communication may wish to add someone in the middle of the existing communication session. In such circumstances, the added users may join the communication session with the shared symmetric key. *See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4;E2E 11, 13-14. |
|---|---|