# EXHIBIT H

Zoom Claim Chart
U.S. Patent No. 10,701,047
Page 1 of 2

## CLAIM CHART '047 Patent

| CYPH's Patent No. 10,701,047 | Zoom Products Information Sources: |
|---|---|
|  | • Zoom Help Center on "Advanced Chat Encryption" (hereinafter "HC1") at https://support.zoom.us/hc/en-us/articles/207599823-Advanced-chat-encryption.<br>• Zoom Help Center on "Encryption for meetings" (hereinafter "HC2") at https://support.zoom.us/hc/en-us/articles/201362723-Encryption-for-meetings.<br>• Zoom Help Center on "End-to-end encryption (E2EE) for meetings" (hereinafter "HC3") at https://support.zoom.us/hc/en-us/articles/360048660871.<br>• "Zoom Security Guide February 2021 (hereinafter "ZSG")<br>• "E2E Encryption for Zoom Meetings" (hereinafter "E2E") |
| 1. A method, comprising: | Zoom Products perform a method of E2EE as further described below.<br>*See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4; HC3. |
| generating a shared symmetric key to begin a communication session among a group of users by a first user, | Zoom Products generate a shared symmetric key to begin a communication session among a group of users by a first user.<br><br>For example, Zoom meeting operates by establishing a secured communication among users who know a meeting key (MK) set by a leader (first user).<br>*See* ZSG – "Application security" and "Chat encryption" 2; "End-to-end encryption" 4. |
| wherein the first user is the user initiating the group communication session and | wherein the first user (= host) is the user initiating the group communication session and<br>*See* ZSG – "Application security" and "Chat encryption" 2; "End-to-end encryption" 4. |
| and wherein the communication session is a long-lived session; | and wherein the communication session is a long-lived session than a stream;<br>*See* "End-to-end encryption" 4; HC3. |
| distributing, by the first user, the generated shared symmetric key to each user in the group of users; | Zoom Products distribute the shared symmetric key as the first user inputs, to each user in the group of users.<br>*See* ZSG – "The Zoom Rooms app is secured with App Lock Code" 5; ZSG – "VoIP media" 6; E2E 14, section 3.7.3. |

| | |
|---|---|
| communicating within the communication session among a group of users | Zoom Products communicate within the communication session among a group of users<br>*See* ZSG – "End-to-end encryption" 4; E2E 15, section 3.7.5. |
| wherein each user encrypts a message to the group of users to be distributed through the communication session using the generated shared symmetric key, and | each user of Zoom Products encrypts a message to the group of users to be distributed through the communication session using the generated shared symmetric key, and<br><br>*See* ZSG – "Chat encryption" 2; "Zoom Rooms" 5; "VoIP media" 6; E2E 15, section 3.7.5. |
| each user decrypts a message received from the communication session using the generated shared symmetric key, and | each user of Zoom Products decrypts a message received from the communication session using the generated shared symmetric key.<br>*See* ZSG – "Chat encryption" 2; "Zoom Rooms " 5; "VoIP" 6; E2E 11, section 3.5, E2E 15, section 3.7.5. |
| wherein each encrypted group communication comprises a short-lived secure communication session | wherein each encrypted group communication comprises a short-lived secure stream.<br>*See* "End-to-end encryption" 4; HC3. |
| 2. The method of claim 1, further comprising: | 2. The method of claim 1, |
| changing users within the group of users to reform the communication session among a new group of users comprises: | Changing, including adding or excluding, participants within the group of group communication participants to reform the group communication among a new group of participants: comprises<br>*See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4;E2E14, section 3.7.3. |
| generating a new shared symmetric key by the first user; | generating a new shared symmetric key by the first user;<br>For example, Zoom meeting operates by establishing a secured communication among users who know a meeting key (MK) set by a leader (first user).<br>*See* ZSG – "Application security" and "Chat encryption" 2; "End-to-end encryption" 4. |
| distributing, by the first user, the generated new shared symmetric key to each user in the new group of users. | distributing, by the first user, the generated new shared symmetric key to each user in the new group of users.<br><br>*See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4;E2E14, section 3.7.3. |