# EXHIBIT I

**CLAIM CHART '946 Patent**

| | |
|---|---|
| CYPH's Patent No. 10,020,946 | Zoom Products Information Sources:<br>• Zoom Help Center on "Advanced Chat Encryption" (hereinafter "HC1") at https://support.zoom.us/hc/en-us/articles/207599823-Advanced-chat-encryption.<br>• Zoom Help Center on "Encryption for meetings" (hereinafter "HC2") at https://support.zoom.us/hc/en-us/articles/201362723-Encryption-for-meetings.<br>• Zoom Help Center on "End-to-end (E2EE) encryption for meetings" (hereinafter "HC3") at https://support.zoom.us/hc/en-us/articles/360048660871.<br>• "Zoom Security Guide February 2021 (hereinafter "ZSG").<br>• "E2E Encryption for Zoom Meetings" December 15, 2020, Version 3 (hereinafter "E2E").<br>• Zoom Encryption August 2021 (hereinafter "ZE 2021") |
| 1. A method, comprising: | Zoom Products perform a method of exchanging encrypted data among communications group participants as further described below.<br>*See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4; HC2 2-3; HC3; E2E 10, 11, 15. |
| downloading, by a client computing device, an encrypted data block from a server, | All Zoom Products users receive encrypted communications and contents by downloading an encrypted data block from a Zoom server;<br><br>For example, Zoom Products allow users to download by a client computing device, an encrypted data block by Zoom servers during meeting, chat, phone call, etc.<br>*See* ZSG – "Application security" and "Chat encryption" 2; "End-to-end encryption" 4; HC3; HC2 2-3; E2E 7, 10-13; ZE 2021 2-4. |
| wherein the encrypted data block includes a server-stored symmetric key; and | wherein the encrypted data block includes a server-stored symmetric key; and<br>*See* ZSG – "Application security" and "Chat encryption" 2 "VoIP media" 6; "End-to-end encryption" 4; E2E 10-13; ZE 2021 2-4. |
| decrypting, by the client computing device, the encrypted data block with a previously stored symmetric key that is stored locally to retrieve the server-stored symmetric key from the encrypted data block, | decrypting, by the client computing device, the encrypted data block with a previously stored symmetric key that is stored locally to retrieve the server-stored symmetric key from the encrypted data block,<br>*See* HC2 2-3; HC3; ZSG 2, 4-6; E2E 10-15; ZE 2021 2-4. |
| generating a new shared-symmetric key; | generating a new shared-symmetric key;<br>*See* HC2 2-3; HC3; ZSG 2, 4-6; E2E 10-15; ZE 2021 2-4. |
| creating a new encrypted data block comprising the new shared-symmetric key and | creating a new encrypted data block comprising the new shared-symmetric key;<br>*See* HC2 2-3; HC3; ZSG 2, 4-6; E2E 10-15; ZE 2021 2-4. |

| | |
|---|---|
| transmitting the new encrypted data block to the server; | transmitting the new encrypted data block to the server;<br>*See* HC2 2-3; HC3; ZSG 2, 4-6; E2E 10-15; ZE 2021 2-4. |
| wherein the sever decrypts the new encrypted data block and<br>overwrites the server-stored symmetric key with the new shared-symmetric key | wherein the sever decrypts the new encrypted data block and overwrites the server-stored symmetric key with the new shared-symmetric key.<br>*See* HC2 2-3; HC3; ZSG 2, 4-6; E2E 10-15; ZE 2021 2-4. |