# EXHIBIT J

**CLAIM CHART '070 Patent**

| | |
|---|---|
| CYPH.'s Patent No. 9,794,070 | Zoom Products Information Sources:<br>• Zoom Help Center on "Advanced Chat Encryption" (hereinafter "HC1"), https://support.zoom.us/hc/en-us/articles/207599823-Advanced-chat-encryption.<br>• Zoom Help Center on "Encryption for meetings" (hereinafter "HC2"), https://support.zoom.us/hc/en-us/articles/201362723-Encryption-for-meetings.<br>• Zoom Security Guide February 2021 (hereinafter "ZSG")<br>• "E2E Encryption for Zoom Meetings" December 15, 2020, Version 3 (hereinafter "E2E"). |
| 1. A method, comprising: | Zoom Products perform a method of E2EE as further described below.<br>*See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4; HC3. |
| sending a request, by a first user on a first device, to a server, the request comprising requesting the server open an ephemeral communication session with a second user on a second device; | Zoom Products receive a request at Zoom server, from a first user on a first device the request comprising requesting the server open an ephemeral communication session with a second user on a second device;<br><br>For example, Zoom Products open an ephemeral communication session among a group of participants upon a request from a first user on a first device to open the ephemeral communication session with a second user on a second device.<br>*See* ZSG – "Application security" 2; E2E 13; HC2; HC1 . |
| allocating resources, by the server, to begin the ephemeral communication session between the first user and the second user; | Zoom Products allocate resources, by Zoom server, to begin the ephemeral communication session between the first user and the second user.<br>*See* E2E 13; HC2; HC1. |
| generating a unique ephemeral communication session identifier by the server for each ephemeral communication session and transmitting the unique ephemeral communication session identifier to the first user ; | Zoom Products generate a unique ephemeral communication session identifier by the server for each ephemeral communication session and transmitting the unique ephemeral communication session identifier to the first user;<br>*See* E2E 13; HC2; HC1. |
| transmitting, by the first user, the unique ephemeral communication session identifier to the second user using a second communication channel; | transmitting, by the first user, the unique ephemeral communication session identifier to the second user, using a second communication channel.<br>*See* ZSG – "Application security" 2, 4; E2E 13-15. |
| connecting, by the second user, to the first user through the ephemeral communication session using the unique ephemeral communication session identifier; | the second user can connect to the first user through the ephemeral communication session using the unique ephemeral communication session identifier;<br>*See* ZSG – "Application security" 2, 4; E2E 13-15. |

| | |
|---|---|
| and connecting, by the first user, to the second user through the ephemeral communication session using the unique ephemeral communication session identifier. | the first user can connect to the second user through the ephemeral communication session using the unique ephemeral communication session identifier;<br>*See* ZSG – "Application security" 2, 4; E2E 13-15. |
| 2. The method of claim 1,<br>wherein: connecting, by the second user, to the first user through the ephemeral communication session includes connecting to the server; and | 2. The method of claim 1,wherein:<br>The second user can connect to the first user through the ephemeral communication session, by connecting to the server,<br>*See* ZSG – "Application security" 2, 4; E2E 13-15. |
| connecting, by the first user, to the second user through the ephemeral communication session includes connecting to the server. | connecting, by the first user, to the second user through the ephemeral communication session includes connecting to the server.<br>*See* ZSG – "Application security" 2, 4; E2E 13-15. |