# EXHIBIT K

Zoom Claim Chart
U.S. Patent No. 10,003,465
Page 1 of 3

## CLAIM CHART '465 Patent

| CYPH's Patent No. 10,003,465 | Zoom Products Information Sources: |
|---|---|
| | - Zoom Help Center on "Advanced Chat Encryption" (hereinafter "HC1") at https://support.zoom.us/hc/en-us/articles/207599823-Advanced-chat-encryption. |
| | - Zoom Help Center on "Encryption for meetings" (hereinafter "HC2") at https://support.zoom.us/hc/en-us/articles/201362723-Encryption-for-meetings. |
| | - Zoom Help Center on "End-to-end (E2EE) encryption for meetings" (hereinafter "HC3") at https://support.zoom.us/hc/en-us/articles/360048660871. |
| | - "Zoom Security Guide February 2021 (hereinafter "ZSG"). |
| | - "E2E Encryption for Zoom Meetings" December 15, 2020, Version 3 (hereinafter "E2E"). |
| 1. A method, comprising: | Zoom Products perform a method of exchanging authentication information among communications group participants as further described below. *See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4; HC3; E2E 10, 11. |
| generating a shared symmetric key to exchange authentication information among a communications group; | Zoom Products generate a shared symmetric key, using an integrated circuit chip, to exchange authentication information among a communications group; <br><br> For example, Zoom Products operate by generating a shared symmetric key, as a program runs on an integrated circuit chip of a processor, and Zoom ID management system exchanges authentication information among a communications group (meeting, chat, phone). *See* ZSG – "Application security" and "Chat encryption" 2; "End-to-end encryption" 4; E2E 10-13. |
| distributing the generated shared symmetric key to each communicating party in the communications group; | Zoom Products distribute the generated shared symmetric key to each communicating party in the communications group; *See* ZSG – "Application security" and "Chat encryption" 2 "The Zoom Rooms app is secured with App Lock Code" 5 "VoIP media" 6; "End-to-end encryption" 4; E2E 10-13. |
| exchanging authentication information among members of the communications group, | Zoom Products exchange authentication information among members of the communications group, E2E 4-6, 11-13. |
| wherein each communicating party: | Each communicating member |

| | |
|---|---|
| <ul><li>encrypts the authentication information using the generated shared symmetric key and</li><li>sends the encrypted authentication information to other members of the communications group, and</li><li>receives the encrypted authentication information from another communicating party in the communications groups and</li><li>decrypts the received encrypted authentication information using the generated shared symmetric key.</li></ul> | <ul><li>encrypts the authentication information using the generated shared symmetric key that is computed and</li><li>sends the encrypted authentication information to other members of the communications group, and</li><li>receives the encrypted authentication information from another communicating party in the communications groups and</li><li>decrypts the received encrypted authentication information using the generated shared symmetric key.</li></ul> *See* HC3; ZSG 4; E2E 10-15. |
| wherein additional users are added to a communication session when a first user distributes the additional users the generated shared symmetric key, | wherein additional users are added to a communication session when a first user distributes the additional users the generated shared symmetric key,<br>*See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4; E2E 10-11, 13-15. |
| wherein generating a shared symmetric key to exchange authentication information among a communications group is generated using out-of-band communications received through a communication interface. | wherein generating a shared symmetric key to exchange authentication information among a communications group is generated using out-of-band communications received through a communication interface. E2E 11, 13-15. |