# EXHIBIT L

**CLAIM CHART '369 Patent**

| | |
|---|---|
| CYPH's Patent No. 9,906,369 | Zoom Products Information Sources:<br>• Zoom Help Center on "Advanced Chat Encryption" (hereinafter "HC1") at https://support.zoom.us/hc/en-us/articles/207599823-Advanced-chat-encryption.<br>• Zoom Help Center on "Encryption for meetings" (hereinafter "HC2") at https://support.zoom.us/hc/en-us/articles/201362723-Encryption-for-meetings.<br>• Zoom Help Center on "End-to-end (E2EE) encryption for meetings" (hereinafter "HC3") at https://support.zoom.us/hc/en-us/articles/360048660871.<br>• "Zoom Security Guide February 2021 (hereinafter "ZSG").<br>• "E2E Encryption for Zoom Meetings" December 15, 2020, Version 3 (hereinafter "E2E").<br>• Zoom Encryption August 2021 (hereinafter "ZE 2021")<br>• Authentication, Zoom Meeting SDKS (hereinafter "ASDKS") https://marketplace.zoom.us/docs/sdk/native-sdks/auth.<br>• Salman A. Baset and Henning Schulzrinne, *An Analysis of the Skype Peer-to-Peer Internet Telephony Protocol*, https://arxiv.org/ftp/cs/papers/0412/0412017.pdf (hereinafter "Baset"). |
| 1. A method, comprising: | Zoom Products perform a method of exchanging authentication information among communications group participants as further described below.<br>*See* ZSG – "Chat encryption" 2;"End-to-end encryption" 4; HC3; E2E 10, 11; ASDKS. |
| receiving, at a client-side web browser, a minimal bootstrap payload from an application server; | All Zoom Products generate a pair of public/private key pairs for each user, which are stored in servers, to exchange authentication information among a communication participants. Public keys are received by communication participants, using an integrated circuit chip;<br><br>For example, Zoom Products operate by generating a pair of public/private keys, as a program runs on an integrated circuit chip of a processor, and Zoom ID management system exchanges authentication information as a form of minimal bootstrap payload that is received from a Zoom server for meeting, chat, phone.<br>*See* ZSG – "Application security" and "Chat encryption" 2; "End-to-end encryption" 4; HC3; HC2 2-3; E2E 7, 10-13; ZE 2021 2-4; ASDKS. |
| storing, by the client-side processor, the minimal bootstrap payload in the client-side local cache, | Client devices of Zoom Products store a received public key by their processors, as a form of minimal bootstrap payload, in a client-side local cache.<br>*See* ZSG – "Application security" and "Chat encryption" 2 "The Zoom Rooms app is secured with App Lock Code" 5 "VoIP media" 6; "End-to-end encryption" 4; E2E 10-13; ZE 2021 2-4. |

| | |
|---|---|
| wherein<br>(1) the locally cached minimal bootstrap payload is executed by the client-side processor before executing an application from the application server; | wherein<br>(1) the minimal bootstrap payload is executed by the processors to authenticate user identity before executing a Zoom video, chat, conference, or phone application from the application server;<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4. |
| (2) the minimal bootstrap payload includes at least one public key and at least one Uniform Resource Location (URL) address of an application code payload, a second URL, and a backup URL; | (2) the minimal bootstrap payload includes at least one public key and at least one Uniform Resource Location (URL) address of an application code payload, a second URL, and a backup URL;<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| (3) the client-side processor executes the minimal bootstrap payload, which comprises: | the client-side processor executes the minimal bootstrap payload, which comprises:<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| (i) receiving, at the client-side web browser, the application code payload from the URL specified by the minimal bootstrap payload, | (i) receiving, at a client-side web browser, the application code payload from the URL specified by the minimal bootstrap payload,<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| wherein the received application code payload includes a cryptographic signature that was generated using a private key associated with a public key specified by the minimal bootstrap payload; | wherein the received application code payload includes a cryptographic signature using a private key associated with the public key specified by the minimal bootstrap payload;<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| (ii) verifying, by the client-side processor, the received application code payload cryptographic signature using a locally stored public key; | (ii) verifying, by the client-side processor, the received application code payload cryptographic signature using the locally stored public key;<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| (iii) executing, by the client-side processor, the received application code payload after the received application payload has been successfully verified; | (iii) executing, by a client-side processor, the received application code payload after the received application payload has been successfully verified.<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| (iv) receiving a cryptographically signed pre-computed hash from the second URL; | (iv) receiving a cryptographically signed pre-computed hash from the second URL;<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| (v) verifying, by the client-side processor, the received pre-computed hash using a locally stored public key; | (v) verifying, by the client-side processor, the received pre-computed hash using a locally stored public key;<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| (vi) storing, by the client-side processor, in the client–side local cache a copy of the verified pre-computed hash with or without its associated signature; and | (vi) storing, by the client-side processor, in the client–side local cache a copy of the verified pre-computed hash with or without its associated signature; and<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| (vii) receiving a backup application code payload from a backup URL when the minimal bootstrap payload fails to verify the received application code payload cryptographic signature using a locally stored public key. | vii) receiving a backup application code payload from a backup URL when the minimal bootstrap payload fails to verify the received application code payload cryptographic signature using a locally stored public key.<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |
| 5. The method of claim 1, | 5. The method of claim 1, |
| | wherein the minimal bootstrap payload further comprises computing, by the client-side processor, a hash of the received application code payload.<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |

| | |
|---|---|
| and further comprises verifying, by a client-side processor, the received application code payload cryptographic signature using the locally stored public keys. | and further comprises verifying, by a client-side processor, the received application code payload cryptographic signature using the locally stored public keys.<br>*See* HC2 2-3; HC3; ZSG 4; E2E 10-15; ZE 2021 2-4; Baset |